UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAMMY GEORGE | CIVIL ACTION NO. 04-1776-A |
| -vs- | JUDGE DRELL |
| JO ANNE BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>ADMINISTRATION | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein; after an independent review of the entire record; and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the decision of the Commissioner is AFFIRMED, plaintiff's application for Disability Insurance Benefits is DENIED, and plaintiff's claim is DISMISSED WITH PREJUDICE.

SIGNED on this 9th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge